BAKER *v.* CROVATT.

LUMPKIN, J. Under the facts involved in the pleadings and evidence in this case, there was no abuse of discretion in granting an injunction.
*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted February 18,—Decided April 10, 1907.

Injunction. Before Judge Parker. Glynn superior court. November 24, 1906.

*R. D. Meader,* for plaintiff in error.

*A. J. Crovatt* and *H. F. Dunwody,* contra.